DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
TURK WALTER BLACK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-04-224 WBS |
| Plaintiff, | **ORDER AMENDING CONDITIONS OF RELEASE PERMITTING TRAVEL TO AND FROM CANADA** |
| vs. | |
| TURK WALTER BLACK, | |
| Defendant. | |

  IT IS ORDERED that defendant TURK WALTER BLACK is permitted to travel to Canada as a tour bus driver for "Queens of the Stone Age" between the dates of November 8, 2005 and November 18, 2005, provided an executed Waiver of Defendant's Extradition is provided to the Court before Mr. Black leaves the United States.  This Order shall permit Mr. Black to leave United States on November 8, 2005; and, to re-enter the United States from Canada on November 18, 2005.  All other conditions of release shall remain in effect.

DATED: November 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/black0224.ord

**ORDER AMENDING CONDITIONS OF RELEASE**
*United States v. Turk W. Black*
**[CR-S-04-224 WBS]**