McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. S-04-224 WBS
                                 )
                 Plaintiff,      )
                                 )   STIPULATION; ORDER
                                 )
TURK WALTER BLACK,               )
                                 )
                 Defendant.      )
_____)

     This case came before the court for status hearing on October 26, 2005.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  Defendant Turk Walter Black did not appear as he had previously waived his appearance, but was represented by David W. Dratman.

     After a discussion with the court, the parties requested a continuance of the status hearing to January 18, 2006.  The parties agreed that, on that date, they would either have a plea agreement, or would select a trial date.

     The date of January 18th was selected at Mr. Dratman's suggestion so that defense counsel would be able to completely finish his investigation such that a trial date would be selected, or a guilty plea could be entered, on January 18th.  The parties

1

1  also stipulated that time should be excluded through January 18th

2  from the provisions of the Speedy Trial Act.

3      First, the government had very recently provided defense

4  counsel with Jencks materials from three witnesses.  Those new

5  materials are very significant, and review of those materials has

6  dictated that substantial further investigation must be done by

7  the defense.

8      Second, further defense investigation is also required due to

9  the complicated nature of this case. The defendant is charged with

10  participating in a five-year, multi-state drug trafficking

11  conspiracy.  He is also charged with a number of money laundering

12  counts.  The discovery provided to the defense has exceeded 3,000

13  pages, with much of this discovery constituting important

14  financial records.

15      For the reasons discussed above, as well as the reasons

16  offered the court at the October 26th status hearing, both parties

17  stipulate that this matter should be set for status hearing on

18  January 18, 2006, at 9:00 a.m.  For those same reasons, both

19  parties further stipulate that time should be excluded through

20  January 18, 2006, from computation under the Speedy Trial Act

21  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow

22  the defendant a reasonable amount of time to prepare his case.

23  DATED: November 3, 2005          Respectfully submitted,

24                                   McGREGOR W. SCOTT
                                     United States Attorney
25

26
                                     By:/s/ Kenneth J. Melikian
27                                      KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
28

DATED: November 3, 2005          /s/ Kenneth J. Melikian_____
                                 DAVID W. DRATMAN
                                 Attorney for Defendant Black
                                 (Signed by Kenneth J. Melikian
                                 per authorization by David W.
                                 Dratman)

        IT IS SO ORDERED.


DATED: November 4, 2005


                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE