McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-0224 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | REGARDING DEPOSIT OF ASSET |
| v. | ) | |
| | ) | |
| TURK WALTER BLACK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff United States of America and defendant Turk Walter Black, hereby agree and stipulate as follows:

WHEREAS,

1.  The defendant is named in a superseding indictment returned February 9, 2005.

2.  The superseding indictment includes a forfeiture allegation against real property located at 14 Fifth Street, Petaluma, California, APN: 008-046-011, recorded owner Turk Black.

3.  The parties wish to allow the defendant to sell that property, while at the same time providing a res for the government to seek to forfeit in lieu of the real property as a

1

substitute asset upon conviction of an offense giving rise to forfeiture.

THEREFORE, the parties stipulate as follows:

1. Defendant Turk Walter Black shall instruct the Escrow/Title Officer handling the sale to deposit the net proceeds from the sale of the above-referenced real property made payable to the United States Department of Treasury and forwarded to the following address: U.S. Attorney's Office, Att: Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, California 95814, pending further order of the Court.  Said funds shall be held by the United States Department of Treasury, in an interest bearing account pending further order of the Court.

2. If defendant Turk Walter Black is convicted of an offense giving rise to forfeiture, then defendant Turk Walter Black stipulates that the Court may substitute the net proceeds, to the extent the real property would otherwise be subject to forfeiture pursuant to any provision of  18 U.S.C. § 982 or 21 U.S.C. § 853.

3. Defendant Turk Walter Black waives any objection to the pretrial restraint of the net proceeds pending trial.

4. In the event that defendant Turk Walter Black is not convicted of any offense giving rise to forfeiture and to the extent the property is not otherwise subject to civil forfeiture, the government agrees not to oppose a motion made by Turk Walter Black for an order authorizing the return of the net proceeds to him.

5. As consideration for these promises, and upon the deposit of the net proceeds the government agrees to dismiss the

2

1  forfeiture allegation against 14 Fifth Street, Petaluma,
2  California, APN: 008-046-011.  To facilitate the sale of the
3  property, the government also agrees to deposit with the
4  appropriate Escrow/Title Company a withdrawal of lis pendens with
5  instructions to record the withdrawal of lis pendens upon the
6  delivery of the net proceeds to the United States Department of
7  Treasury as described in paragraph 1 above.  Turk Black agrees to
8  market and sell the property in a commercially reasonable manner.
9  He further agrees not to take any action to encumber or otherwise
10 burden the real property prior to sale.  Prior to the sale, the
11 Government must consent to the sale in writing.
12       IT IS SO STIPULATED.
13 DATED: 4/20/06                McGREGOR W. SCOTT
                                 United States Attorney
14

15                               /s/ Courtney J. Linn
                                 COURTNEY J. LINN
16                               Assistant U.S. Attorney

17 DATED: 4/17/06                /s/ Turk Walter Black
                                 TURK WALTER BLACK
18                               Defendant

19 State of California       )
                             )
20 County of Sonoma          )

21 On April 17, 2006 before me, Maureen E. McGuigan,  personally
   appeared Turk Walter Black    , personally known to me (or
22 proved to me on the basis of satisfactory evidence) to be the
   person whose name is subscribed to this instrument and
23 acknowledged to me that he executed the same in his authorized
   capacity, and that by his signature on the instrument the person,
24 or the entity upon behalf of which the person acted, executed the
   instrument.
25 WITNESS my hand and official seal.

26 MAUREEN E. MCGUIGAN
   COMM. #1396213               /s/ Maureen E. McGuigan
27 Notary Public - California         Signature
   SONOMA COUNTY
28 My Comm. Exp. Jan 27, 2007

3

DATED: 4-18-06                          /s/ David W. Dratman
                                        DAVID W. DRATMAN
                                        Attorney for Turk Walter Black

                                        (Original signatures retained by
                                        attorney)

    IT IS SO ORDERED.

DATED:  April 25, 2006

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE