UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) Case No.: CR-S-04-224-WBS
                                 )
        Plaintiff,                ) ORDER
                                 )
    vs.                          )
                                 )
TURK WALTER BLACK,               )
                                 )
        Defendant                )
_____)

   Upon request of Defendant TURK WALTER BLACK, and the formal Substitution of Attorney, filed July 19, 2006, it is hereby ordered that Anthony J. Feldstein, Attorney at Law, is substituted in place and instead of David W. Dratman, Attorney at Law, as attorney for Defendant.

Dated:  July 24, 2006

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com