1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 | FAX: (916) 920-7951

5 | Attorney for the Property Owners of the Deed of Trust
Leia T. Arnest, Aaron D, Arnest and Donald E. Arnest
6 |

7 | IN THE UNITED STATES DISTRICT COURT FOR THE

8 | EASTERN DISTRICT OF CALIFORNIA

9 |
10 | UNITED STATES OF AMERICA,                )    CR.-S-04-224-WBS
                                              )
11 |         PLAINTIFF,                       )    ORDER RELEASING
                                              )    DEED OF TRUST POSTED FOR
12 |     v.                                   )    RELEASE OF DEFENDANT
                                              )
13 | TURK WALTER BLACK,                       )
                                              )
14 |         DEFENDANT.                       )
                                              )
15 | _____)

16 | This matter came regularly on calender before the Honorable Magistrate Judge Dale A.
17 | Drozd. Appearing for the government was Assistant United States Attorney, Mr. Kenneth J.
18 | Melikian, appearing for the defendant Turk Walter Black was his attorney, Mr. Anthony J.
19 | Feldstein, and appearing for the property owners Leia T. Arnest, Aaron D. Arnest and Donald E.
20 | Arnest, was their attorney Mr, James R, Greiner.
21 | The Court called the matter and the matter was submitted by all parties.
22 | **FOR GOOD CAUSE APPEARING:**
23 | The Court **GRANTS** the motion to release the Deed of Trust Receipt Number 204-8545,
24 | Deed #2005023367, filed on or about March 11, 2005, and the Clerk of the Federal Court of the
25 | Eastern District of California is hereby directed to immediately exonerate and release Deed of Trust
26 | Receipt Number 204-8545, Deed #2005023367 so that all right, title and interest in Deed of Trust
27 | Receipt Number 204-8545, Deed #2005023367 (tax parcel number 006-580-001; legal description:
28 | /////

1

1 | Lot 55 as said lot is numbered and designated upon the map of amended map of Liberty Meadows
2 | Town Home Development filed November 26, 1980 in the office of the County recorder in Book
3 | 315 of Maps, page 1 and as amended by certificate of correction recorded Marcy 4, 1982 document
4 | 82-11465, Sonoma County Records; Receipt number 204-8545; Deed# 2005023367) is exonerated
5 | and released by the Clerk of the Federal Court of the Eastern District of California.

6 | **IT IS SO ORDERED.**

7 | DATED: August 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 | Ddad1/orders.criminal/black0244.ord

2