```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CR. NO. S-04-224 WBS
                                  )
12                  Plaintiff,    )
                                  )  STIPULATION; ORDER
13                                )
    TURK WALTER BLACK,            )
14                                )
                    Defendant.    )
15  _____)
```

16      Defendant Turk Walter Black, through Anthony J. Feldstein,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, request and agree
19 that the trial confirmation hearing scheduled for December 13,
20 2006, be vacated.  The parties also request and agree that the
21 jury trial date of January 10, 2007, be vacated.  The parties
22 further request and stipulate that a status conference be placed
23 on the court's January 22, 2007, calendar.
24      Defense counsel will not be ready for trial on January 10th.
25 He was retained in late July.  Since then, he has been able to
26 examine all of the 3,000+ pages of discovery, but still needs a
27 significant amount of time to adequately prepare his defense.
28 Additionally, defense counsel believes that there are other

1

1 significant matters which have not been provided in discovery, but
2 which he will specifically request that the government provide.
3     For these reasons, the parties request that the trial
4 confirmation hearing of December 13, 2006, and the jury trial of
5 January 10, 2007, be vacated; and that a status conference be
6 calendared for January 22, 2007 at 8:30 A.M.  The court has
7 already excluded time through January 10th, but the parties
8 further agree that time should also be excluded from January 10,
9 2007, through January 22, 2007, from computation under the Speedy
10 Trial Act pursuant to local code T4 (18 U.S.C. §
11 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
12 time to prepare his cases.

13

14 DATED: December 12, 2006            McGREGOR W. SCOTT
                                      United States Attorney
15

16
                                   By:/s/ Kenneth J. Melikian
17                                    KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
18

19 DATED: December 12, 2006            /s/ Kenneth J. Melikian
                                      ANTHONY J. FELDSTEIN
20                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
21                                     per authorization by Anthony J.
                                       Feldstein)
22

23     IT IS SO ORDERED.

24 DATED: December 12, 2006

25                        _____
                          WILLIAM B. SHUBB
26                        UNITED STATES DISTRICT JUDGE

27

28

2