```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-224 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| V. | ) | |
| | ) | |
| TURK WALTER BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for February 26, 2007, be vacated. The parties further request and stipulate that a status conference be placed on the court's March 19, 2007, calendar.

This case is very complex, and the parties have initiated serious settlement discussions. These discussions are ongoing, and will likely result in the government disclosing at least a portion of its Jencks materials in the near future. After that disclosure, defense counsel will need to contemplate and investigate the evidence contained therein in order to ascertain his client's best course of action.

1

 For these reasons, the parties request that the status conference scheduled for February 26, 2007, be vacated, and that a status conference be calendared for March 19, 2007 at 8:30 a.m. The parties further agree that time should also be excluded through March 19, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: February 23, 2007          McGREGOR W. SCOTT
                                  United States Attorney


                              By: /s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney


DATED: February 23, 2007          /s/ Kenneth J. Melikian
                                  ANTHONY J. FELDSTEIN
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per authorization by Anthony J.
                                   Feldstein)


 IT IS SO ORDERED.

DATED:  February 26, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE