```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-04-224 WBS
                                 )
12                  Plaintiff,   )
                                 )  STIPULATION; ORDER
13                               )
    TURK WALTER BLACK,           )
14                               )
                    Defendant.   )
15  _____)
```

16      Defendant Turk Walter Black, through Anthony J. Feldstein,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, request and agree
19 that the status conference scheduled for March 19, 2007, be
20 vacated.  The parties further request and stipulate that a status
21 conference be placed on the court's April 23, 2007, calendar.
22      This case is very complex, and the parties have initiated
23 serious settlement discussions.  These discussions have resulted
24 in the government agreeing to provide defense counsel early
25 discovery of some Jencks materials.  These Jencks materials will
26 be provided next week.  After that disclosure, defense counsel
27 will need to contemplate and investigate the evidence contained
28 therein in order to ascertain his client's best course of action.

1 | For these reasons, the parties request that the status
2 | conference scheduled for March 19, 2007, be vacated, and that a
3 | status conference be calendared for April 23, 2007.  The parties
4 | further agree that time should also be excluded through April 23,
5 | 2007, from computation under the Speedy Trial Act pursuant to
6 | local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
7 | the defendant reasonable time to prepare his case.

DATED: March 16, 2007            McGREGOR W. SCOTT
                                 United States Attorney


                            By: /s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney


DATED: March 16, 2007            /s/ Kenneth J. Melikian
                                 ANTHONY J. FELDSTEIN
                                 Attorney for Defendant
                                 (Signed by Kenneth J. Melikian
                                  per authorization by Anthony J.
                                  Feldstein)


IT IS SO ORDERED.

DATED:  March 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE