```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-224 WBS |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| TURK WALTER BLACK, ) | |
| Defendant. ) | |

    Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for April 23, 2007, be vacated.  The parties further request and stipulate that a status conference be placed on the court's June 4, 2007, calendar.

    This case is very complex, and the parties have initiated serious settlement discussions.  These discussions have resulted in the government providing defense counsel early discovery of some Jencks materials.

    After that disclosure, defense counsel has called the government's prosecutor to discuss that evidence, and to continue negotiations.  The prosecutor, however, has been focusing his

1

1  entire attention on the presentation of evidence in a RICO trial
2  now in progress, <u>United States v. Charles Lee White</u>, CR.S.-03-042
3  FCD.  The <u>White</u> case is extremely complex, and includes
4  allegations of four murders which must be proved.  As such, for
5  the time being, the prosecutor has virtually no time to spend on
6  any other matter.  It is anticipated, however, that the government
7  will conclude the presentation of its case in approximately two or
8  three weeks, after which the prosecutor can tend to the <u>Black</u>
9  case.
10      For these reasons, the parties request that the status
11  conference scheduled for April 23, 2007, be vacated, and that a
12  status conference be calendared for June 4, 2007.  The parties
13  further agree that time should also be excluded through June 4,
14  2007, from computation under the Speedy Trial Act pursuant to
15  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
16  the defendant reasonable time to prepare his case.
17  DATED: April 20, 2007            McGREGOR W. SCOTT
                                     United States Attorney
18
19
                                     By:/s/ Kenneth J. Melikian
20                                      KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
21
22  DATED: April 20, 2007            /s/ Kenneth J. Melikian
                                     ANTHONY J. FELDSTEIN
23                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
24                                    per authorization by Anthony J.
                                      Feldstein)
25  ///
26  ///
27  ///
28  ///

2

1    IT IS SO ORDERED.

3  DATED: April 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE