```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>                                  )<br>TURK WALTER BLACK,                )<br>                                  )<br>            Defendant.            )<br>_____) | CR. NO. S-04-224 WBS<br><br>STIPULATION; ORDER |

Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for June 4, 2007, be vacated. The parties further request and stipulate that a status conference be placed on the court's July 16, 2007, calendar.

This case is very complex, and the parties have initiated serious settlement discussions. These discussions have resulted in the government providing defense counsel early discovery of some Jencks materials.

After that disclosure, defense counsel has called the government's prosecutor to discuss that evidence, and to continue negotiations. The government and the defendant's counsel need

1

1  additional time to conduct these discussions.

2       For these reasons, the parties request that the status
3  conference scheduled for June 4, 2007, be vacated, and that a
4  status conference be calendared for July 16, 2007.  The parties
5  further agree that time should also be excluded through July 16,
6  2007, from computation under the Speedy Trial Act pursuant to
7  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
8  the defendant reasonable time to prepare his case.

9  DATED: June 1, 2007              McGREGOR W. SCOTT
                                    United States Attorney
10

11
                                    By:/s/ Kenneth J. Melikian
12                                     KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
13

14 DATED: June 1, 2007              /s/ Kenneth J. Melikian
                                    ANTHONY J. FELDSTEIN
15                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
16                                   per authorization by Anthony J.
                                     Feldstein)
17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

1     IT IS SO ORDERED.

3 DATED: June 1, 2007

                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE

3