McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-224 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| TURK WALTER BLACK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for July 23, 2007, be vacated.  The parties further request and stipulate that a status conference be placed on the court's August 20, 2007, calendar.

    This case is very complex, and the parties have been involved in serious settlement discussions.  These discussions have resulted in the government providing defense counsel early discovery of some Jencks materials.

    Since that disclosure, however, the government's prosecutor has been involved in two significant jury trials:  <u>United States</u>

1 v. Charles Lee White, CR.S.-03-042 FCD, a RICO case which included
2 allegations of four murders; and United States v. Dharni, CR.S.-
3 05-306 EJG, an arson case.  The prosecutor's involvement in those
4 two trials has delayed his ability to continue the negotiations in
5 the instant case.
6     Defense counsel and the government would appreciate the
7 opportunity to continue the ongoing negotiations in this case.
8 For that reason, the parties request that the status conference
9 scheduled for July 23, 2007, be vacated, and that a status
10 conference be calendared for August 20, 2007.  The parties further
11 agree that time should also be excluded through August 20, 2007,
12 from computation under the Speedy Trial Act pursuant to local code
13 T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
14 defendant reasonable time to prepare his case.

15 DATED: July 20, 2007             McGREGOR W. SCOTT
                                     United States Attorney


                                   By:/s/ Kenneth J. Melikian
                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney


20 DATED: July 20, 2007             By:/s/ Kenneth J. Melikian
                                      ANTHONY J. FELDSTEIN
                                      Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
                                       per authorization by Anthony J.
                                       Feldstein)


24     IT IS SO ORDERED.

25 DATED: July 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2