McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-224 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| TURK WALTER BLACK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Turk Walter Black, through Anthony J. Feldstein,

Attorney At Law, and the United States of America, through

Assistant U.S. Attorney Kenneth J. Melikian, request and agree

that the status conference scheduled for August 20, 2007, be

vacated.  The parties further request and stipulate that a status

conference be placed on the court's October 15, 2007, calendar.

This case is very complex, and the parties have been involved

in serious settlement discussions.  These discussions have

resulted in the government providing defense counsel early

discovery of some Jencks materials.

Since that disclosure, however, the government's prosecutor

has been involved in two significant jury trials:  <u>United States</u>

<u>v. Charles Lee White</u>, CR.S.-03-042 FCD, a RICO case which included

1

1  allegations of four murders; and <u>United States v. Dharni</u>, CR.S.-

2  05-306 EJG, an arson case.  The prosecutor's involvement in those

3  two trials has delayed his ability to continue the negotiations in

4  the instant case.  The prosecutor's vacation subsequent to these

5  two trials has also delayed plea negotiations.

6      Defense counsel and the government would appreciate the

7  opportunity to continue the ongoing negotiations in this case.

8  For that reason, the parties request that the status conference

9  scheduled for August 20, 2007, be vacated, and that a status

10  conference be calendared for October 15, 2007.  The parties

11  further agree that time should also be excluded through October

12  15, 2007, from computation under the Speedy Trial Act pursuant to

13  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford

14  the defendant reasonable time to prepare his case.

15  DATED: August 17, 2007            McGREGOR W. SCOTT
                                      United States Attorney
16
                                      /s/ Kenneth J. Melikian
17
                                      By
18                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
19

20  DATED: August 17, 2007            /s/ Kenneth J. Melikian
                                      ANTHONY J. FELDSTEIN
21                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
22                                     per authorization by Anthony J.
                                       Feldstein)
23
        IT IS SO ORDERED.
24
    DATED:  August 20, 2007
25

26

    WILLIAM B. SHUBB
27  UNITED STATES DISTRICT JUDGE

28