```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7           IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-04-224 WBS
                                 )
12                 Plaintiff,    )
                                 )  STIPULATION; ORDER
13                               )
    TURK WALTER BLACK,           )
14                               )
                   Defendant.    )
15  _____)

16       Defendant Turk Walter Black, through Anthony J. Feldstein,
17  Attorney At Law, and the United States of America, through
18  Assistant U.S. Attorney Kenneth J. Melikian, request and agree
19  that the status conference scheduled for October 15, 2007, be
20  vacated.  The parties further request and stipulate that a status
21  conference be placed on the court's December 10, 2007, calendar.
22       The parties have been involved in serious settlement
23  discussions for some time.  As this case is very complex, these
24  negotiations have gone slowly.  The parties intend to conclude
25  these ongoing negotiations soon.  It is anticipated that at the
26  December 10$^{th}$ status conference, the defendant will either plead
27  guilty, or if not, the parties may request that the court set a
28  date for trial.
```

1

1     Accordingly, both parties request that the status conference
2 in this case be continued one final time to December 10, 2007 at
3 8:30 a.m.  Both parties agree that time should be excluded
4 through December 10, 2007, from computation under the Speedy
5 Trial Act pursuant to local code T4 (18 U.S.C. §
6 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
7 time to prepare his case.

8 DATED: October 12, 2007        McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kenneth J. Melikian

                                 By
                                    KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney

DATED: October 12, 2007        <u>/s/ Kenneth J. Melikian</u>
                                 ANTHONY J. FELDSTEIN
                                 Attorney for Defendant
                                 (Signed by Kenneth J. Melikian
                                 per authorization by Anthony J.
                                 Feldstein)

    IT IS SO ORDERED.

DATED: October 12, 2007

                                                       _____
                                                       WILLIAM B. SHUBB
                                                      UNITED STATES DISTRICT JUDGE