1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )   CR. NO. S-04-224 WBS
                                )
12             Plaintiff,       )
                                )   STIPULATION; ORDER
13                              )
   TURK WALTER BLACK,           )
14                              )
               Defendant.       )
15 _____)

16     Defendant Turk Walter Black, through Anthony J. Feldstein,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, request and agree
19 that the status conference scheduled for December 10, 2007, be
20 vacated.  The parties further request and stipulate that a status
21 conference be placed on the court's February 4, 2008, calendar at
22 8:30 AM.
23     The parties have been involved in serious settlement
24 discussions for some time.  As this case is very complex, these
25 negotiations have gone slowly.  During the course of these
26 negotiations, the government very recently sent the defense a
27 large quantity of Jencks material.
28     Defense counsel desires the opportunity to carefully examine

                                  1

all of the recently-provided Jencks material, and then conduct whatever investigation may be appropriate.  Shortly after he does so, the parties intend to conclude the negotiations.  It is anticipated that at the February 4th status conference, the defendant will either plead guilty, or if not, the parties will request that the court set a date for trial.

    Accordingly, both parties request that the status conference in this case be continued one final time to February 4, 2008. Both parties  agree that time should be excluded through February 4, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

```
DATED: December 7, 2007           McGREGOR W. SCOTT
                                  United States Attorney


                                  By:/s/ Kenneth J. Melikian
                                     KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

DATED: December 7, 2007           /s/ Kenneth J. Melikian
                                  ANTHONY J. FELDSTEIN
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per authorization by Anthony J.
                                   Feldstein)
```

    IT IS SO ORDERED.

DATED: December 7, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE