McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )  | CR. NO. S-04-224 WBS |
|                                )  | |
|             Plaintiff,         )  | |
|                                )  | STIPULATION; ORDER |
|                                )  | |
| TURK WALTER BLACK,             )  | |
|                                )  | |
|             Defendant.         )  | |
| _____)  | |

    Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for February 4, 2008, be vacated.  The parties further request and stipulate that a status conference be placed on the court's April 14, 2008, calendar.

    The parties have been involved in serious settlement discussions for some time.  As this case is very complex, these negotiations have gone slowly.  During the course of these negotiations, the government has sent the defense a large quantity of Jencks material.

    Defense counsel has completed his examination of all of the recently-provided Jencks material.  The parties are therefore

1

1 requesting one last continuance so that they may attempt work out
2 a plea agreement.  It is anticipated that at the April 14th status
3 conference, the defendant will either plead guilty, or if not, the
4 parties will request that the court set a date for trial.
5      Accordingly, both parties request that the status conference
6 in this case be continued one final time to April 14, 2008 at
7 8:30 a.m.  Both parties  agree that time should be excluded
8 through April 14, 2008, from computation under the Speedy Trial
9 Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
10 order to afford the defendant reasonable time to prepare his case.

11 DATED: February 1, 2008          McGREGOR W. SCOTT
                                    United States Attorney

                                 By:/s/ Kenneth J. Melikian
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney

16 DATED: February 1, 2008          /s/ Kenneth J. Melikian
                                    ANTHONY J. FELDSTEIN
                                    Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
                                     per authorization by Anthony J.
                                     Feldstein)

21      IT IS SO ORDERED.

23 DATED: February 5, 2008

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2