McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-224 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| TURK WALTER BLACK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for April 14, 2008, be vacated.  The parties further request and stipulate that a status conference be placed on the court's May 19, 2008, calendar.

    After lengthy discussions and negotiations, the government provided the defendant with a formal plea offer today.  The government has given the defendant until April 28, 2008, to accept or reject its offer.  If the offer is not accepted by 5:00p.m. on April 28th, the government's offer will be permanently withdrawn.

    If the defendant accepts the government's offer, he will

1

enter a guilty plea at the May 19th status conference.  The government and the defense counsel will have to work out the details of a written plea agreement prior to May 19th.  If the defendant rejects the government's offer, defense counsel will have to consider what motions to file so that he can request a briefing schedule at the May 19th status conference.

Accordingly, both parties request that the status conference in this case be continued one final time to May 19, 2008.  Both parties agree that time should be excluded through May 19, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: April 10, 2008        McGREGOR W. SCOTT
                             United States Attorney


                         By: /s/ Kenneth J. Melikian
                             KENNETH J. MELIKIAN
                             Assistant U.S. Attorney

DATED: April 10, 2008        /s/ Kenneth J. Melikian
                             ANTHONY J. FELDSTEIN
                             Attorney for Defendant
                             (Signed by Kenneth J. Melikian
                              per authorization by Anthony J.
                              Feldstein)

IT IS SO ORDERED.

DATED:  April 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2