```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-04-224 WBS
                                   )
12              Plaintiff,         )
                                   )  STIPULATION; ORDER
13                                 )
    TURK WALTER BLACK,             )
14                                 )
                Defendant.         )
15  _____)
```

16      Defendant Turk Walter Black, through Anthony J. Feldstein,
17  Attorney At Law, and the United States of America, through
18  Assistant U.S. Attorney Kenneth J. Melikian, request and agree
19  that the status conference scheduled for May 19, 2008, be vacated.
20  The parties further request and stipulate that a status conference
21  be placed on the court's June 23, 2008, calendar.
22      After lengthy negotiations, the parties have reached a
23  disposition in this case.  The plea agreement, however, still
24  needs to be reduced to writing.  As the plea agreement will be
25  fairly complex, it is anticipated that the parties will need a few
26  weeks to work out all details and properly prepare it.  The
27  parties are therefore requesting that this case be calendared for
28  June 23, 2008, for a change of plea hearing.

1

1  Accordingly, both parties request that the status conference
2  in this case be continued one final time to June 23, 2008 at 8:30
3  a.m., for a change of plea hearing.  Both parties agree that time
4  should be excluded through June 23, 2008, from computation under
5  the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
6  3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
7  time to prepare his case.

DATED: May 16, 2008                McGREGOR W. SCOTT
                                   United States Attorney


                              By:/s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney


DATED: May 16, 2008                /s/ Kenneth J. Melikian
                                   ANTHONY J. FELDSTEIN
                                   Attorney for Defendant
                                   (Signed by Kenneth J. Melikian
                                    per authorization by Anthony J.
                                    Feldstein)


    IT IS SO ORDERED.


DATED:  May 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE