McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-224 WBS |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| TURK WALTER BLACK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This case came before the court for status hearing on June 23, 2008.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  Defendant Turk Walter Black appeared without counsel.

    Mr. Melikian informed the court that the parties had reached a settlement of this case, but were still in the process of working out the final details.  Mr. Melikian therefore requested a continuance of the status hearing to July 21, 2008, so that the parties could complete the plea agreement, and so that the defendant could plead guilty that day.  Mr. Melikian further requested that he be permitted to contact defense counsel for the purpose of filing an order that would exclude time from computation under the Speedy Trial Act through July 21st.

    Mr. Melikian has obtained permission from defense counsel to file this document seeking an exclusion of time through July 21, 2008.

    As such, for the reasons discussed above, both parties stipulate that this matter should be set for status hearing on July 21, 2008, at 8:30 a.m.  Both parties further stipulate that time should be excluded through July 21, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the defendant a reasonable amount of time to prepare his case.

DATED: July 3, 2008                 Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                By: /s/ Kenneth J. Melikian
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney



DATED: July 3, 2008                 /s/ Kenneth J. Melikian
                                    ANTHONY J. FELDSTEIN
                                    Attorney for Defendant Black
                                    (Signed by Kenneth J. Melikian
                                     per authorization by Anthony J.
                                     Feldstein



    IT IS SO ORDERED.

DATED: July 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE