```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-04-224 WBS
                                   )
12              Plaintiff,         )
                                   )  STIPULATION; ORDER
13       v.                        )
                                   )
14  TURK WALTER BLACK,             )
                                   )
15              Defendant.         )
    _____)
16
17       Defendant Turk Walter Black, through Anthony J. Feldstein,
18  Attorney At Law, and the United States of America, through
19  Assistant U.S. Attorney Kenneth J. Melikian, request and agree
20  that the status conference scheduled for July 21, 2008, be
21  vacated.  The parties further request and stipulate that a status
22  conference be placed on the court's August 18, 2008, calendar.
23       After lengthy negotiations, the parties have reached a
24  disposition in this case.  One final detail, however, needs to be
25  resolved before a formal plea agreement can be signed.  To provide
26  time to resolve this final detail, the parties are requesting that
27  this case be calendared for August 18, 2008, for a change of plea
28  hearing.
```

    Accordingly, both parties request that the status conference in this case be continued one final time to August 18, 2008, for a change of plea hearing.  Both parties agree that time should be excluded through August 18, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: July 18, 2008            McGREGOR W. SCOTT
                                United States Attorney


                            By:/s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney


DATED: July 18, 2008            /s/ Kenneth J. Melikian
                                ANTHONY J. FELDSTEIN
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by
                                 Anthony J. Feldstein)


    IT IS SO ORDERED.

DATED:  July 22, 2008

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

2