```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-04-224 WBS
                                   )
12            Plaintiff,           )
                                   )  STIPULATION; ORDER
13                                 )
    TURK WALTER BLACK,             )
14                                 )
              Defendant.           )
15  _____)
```

16      Defendant Turk Walter Black, through Anthony J. Feldstein,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, request and agree
19 that the status conference scheduled for August 18, 2008, be
20 vacated.  The parties further request and stipulate that a status
21 conference be placed on the court's September 22, 2008, calendar.
22
23      After lengthy negotiations, the parties have reached a
24 disposition in this case.  One final detail, however, still needs
25 to be resolved before a formal plea agreement can be signed.  To
26 provide time to resolve this final detail, the parties are
27 requesting that this case be calendared for September 22, 2008,
28 for a change of plea hearing.

                                   1

       Accordingly, both parties request that the status conference in this case be continued one final time to September 22, 2008 at 8:30 a.m. for a change of plea hearing.  Both parties agree that time should be excluded through September 22, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: August 15, 2008          McGREGOR W. SCOTT
                                United States Attorney


                                By:/s/ Kenneth J. Melikian
                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney


DATED: August 15, 2008          /s/ Kenneth J. Melikian
                                ANTHONY J. FELDSTEIN
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by Anthony
                                 J. Feldstein)



     IT IS SO ORDERED.

DATED:  August 20, 2008

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

2