```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  CR. NO. S-04-224 WBS
                                )
12           Plaintiff,         )
                                )  STIPULATION; PROPOSED ORDER
13           v.                 )
                                )
14 TURK WALTER BLACK,           )
                                )
15           Defendant.         )
   _____)
16
17
```

18    Defendant Turk Walter Black, through Anthony J. Feldstein,
19 Attorney At Law, and the United States of America, through
20 Assistant U.S. Attorney Kenneth J. Melikian, request and agree
21 that the status conference scheduled for October 6, 2008, be
22 vacated.  The parties further request and stipulate that a status
23 conference be placed on the court's November 10, 2008, calendar.
24    After lengthy negotiations, the parties have reached a
25 disposition in this case.  One final detail, however, still needs
26 to be resolved before a formal plea agreement can be signed.
27 Because of the Assistant U.S. Attorney's absence from his office
28 most of September due to two personal emergencies, the parties

1

1  were not able to resolve this detail.  To provide time to resolve
2  this final detail, the parties are requesting that this case be
3  calendared for November 10, 2008, for a change of plea hearing.
4       Accordingly, both parties request that the status conference
5  in this case be continued one final time to  November 10, 2008,
6  for a change of plea hearing.  Both parties agree that time should
7  be excluded through November 10, 2008, from computation under the
8  Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
9  3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
10 time to prepare his case.

11 DATED: October 3, 2008              McGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ Kenneth J. Melikian
13                                     KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

15 DATED: October 3, 2008              /s/ Kenneth J. Melikian
                                       ANTHONY J. FELDSTEIN
16                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
17                                     per authorization by Anthony
                                       J. Feldstein)

20      IT IS SO ORDERED.

22 DATED: October 3, 2008

                         _____
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE

2