McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-224 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION; ORDER |
| TURK WALTER BLACK, ) | |
| Defendant. ) | |

Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for November 10, 2008, be vacated. The parties further request and stipulate that a status conference be placed on the court's December 15, 2008, calendar.

After lengthy negotiations, the parties have reached a disposition in this case. One final detail, however, still needs to be resolved before a formal plea agreement can be signed. Due in part to two personal emergencies endured by the Assistant U.S. Attorney, the parties have not been able to resolve this detail.

1

1  Both counsel, however, have scheduled a meeting on the afternoon
2  of November 19, 2008, at which they intend to hammer out this
3  final detail.  The parties are therefore requesting that this case
4  be calendared for   December 15, 2008, for a change of plea
5  hearing.
6       Accordingly, both parties request that the status conference
7  in this case be continued one final time to  December 15, 2008,
8  for a change of plea hearing.  Both parties agree that time should
9  be excluded through December 15, 2008, from computation under the
10 Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
11 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
12 time to prepare his case.
13 DATED: November 7, 2008           McGREGOR W. SCOTT
                                     United States Attorney
14
                                      /s/ Kenneth J. Melikian
15
                                     By
16                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
17
18 DATED: November 7, 2008           /s/ Kenneth J. Melikian
                                     ANTHONY J. FELDSTEIN
19                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
20                                   per authorization by Anthony
                                   J. Feldstein)
21
22
23     IT IS SO ORDERED.
24 DATED: November 7, 2008
25                      _____
                        WILLIAM B. SHUBB
26                      UNITED STATES DISTRICT JUDGE
27
28

                                   2