```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-04-224 WBS
                                 )
12          Plaintiff,           )
                                 )
13       v.                      )  STIPULATION; ORDER
                                 )
14  TURK WALTER BLACK,           )
                                 )
15          Defendant.           )
    _____)
16
17       Defendant Turk Walter Black, through Anthony J. Feldstein,
18  Attorney At Law, and the United States of America, through
19  Assistant U.S. Attorney Kenneth J. Melikian, request and agree
20  that the status conference scheduled for December 15, 2008, be
21  vacated.  The parties further request and stipulate that a status
22  conference be placed on the court's January 26, 2009 at 8:30 a.m.,
23  calendar.  After lengthy negotiations, the parties have reached a
24  disposition in this case.  One final detail, however, still needs
25  to be resolved before a formal plea agreement can be signed.
26  Defense counsel and the prosecutor are meeting today to resolve
27  this final detail.  The parties are therefore requesting that this
28  case be calendared for January 26, 2009, for a change of plea
```

1

1  hearing.
2      Accordingly, both parties request that the status conference
3  in this case be continued one final time to January 26, 2009 at
4  8:30 a.m., for a change of plea hearing.  Both parties agree that
5  time should be excluded through January 26, 2009, from computation
6  under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
7  3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
8  time to prepare his case.

9  DATED: December 12, 2008         McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/ Kenneth J. Melikian

                                    By
                                       KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney


14 DATED: December 12, 2008         /s/ Kenneth J. Melikian
                                    ANTHONY J. FELDSTEIN
                                    Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
                                    per authorization by Anthony
                                    J. Feldstein)


19      IT IS SO ORDERED.

21 DATED: December 15, 2008

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

2