```
LAWRENCE G. BROWN
Acting United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> TURK WALTER BLACK,           )<br>                              )<br>           Defendant.         )<br>_____) | CR. NO. S-04-224 WBS<br><br><br><br>STIPULATION; ORDER |

Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for January 26, 2009, be vacated.  The parties further request and stipulate that a status conference be placed on the court's March 2, 2009, calendar.

After lengthy negotiations, the parties have reached a disposition in this case.  All details have been resolved.  But, due to unanticipated absences from his office, the prosecutor has not yet reduced the plea agreement into writing.  The parties are therefore requesting that this case be calendared for March 2, 2009 at 8:30 a.m., for a change of plea hearing.  Due to the

calendars of both counsel, this is the earliest date that the plea can be taken.

Accordingly, both parties request that the status conference in this case be continued one final time to March 2, 2009, for a change of plea hearing. Both parties agree that time should be excluded through March 2, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: January 22, 2009   McGREGOR W. SCOTT
United States Attorney

By: /s/ Kenneth J. Melikian
KENNETH J. MELIKIAN
Assistant U.S. Attorney

DATED: January 22, 2009   /s/ Kenneth J. Melikian
ANTHONY J. FELDSTEIN
Attorney for Defendant
(Signed by Kenneth J. Melikian per authorization by Anthony J. Feldstein)

IT IS SO ORDERED.

DATED: January 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2