```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700

 5

 6

 7           IN THE UNITED STATES DISTRICT COURT FOR THE

 8                 EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,    )  CR. NO. S-04-224 WBS
                                 )
12          Plaintiff,            )
                                 )
13      v.                        )  STIPULATION; ORDER
                                 )
14  TURK WALTER BLACK,            )
                                 )
15          Defendant.            )
    _____)
16
```

17    Defendant Turk Walter Black, through Anthony J. Feldstein,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, request and agree
20 that the status conference scheduled for March 2, 2009, be
21 vacated.  The parties further request and stipulate that a status
22 conference be placed on the court's March 23, 2009, calendar.
23    After lengthy negotiations, the parties have reached a
24 disposition in this case.  All details have been resolved.  But,
25 due to a recent illness of some length, and his involvement in a
26 trial shortly after his return to the office, the prosecutor has
27 not yet reduced the plea agreement into writing.  The parties are
28 therefore requesting that this case be calendared for March 23,

1

2009, for a change of plea hearing.  Accordingly, both parties request that the status conference in this case be continued one final time to March 23, 2009, for a change of plea hearing.  Both parties agree that time should be excluded through March 23, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: February 26, 2009        McGREGOR W. SCOTT
                                United States Attorney


                                By: /s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney


DATED: February 26, 2009        /s/ Kenneth J. Melikian
                                ANTHONY J. FELDSTEIN
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                per authorization by Anthony
                                J. Feldstein)



    IT IS SO ORDERED.

DATED: March 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE