```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-224 WBS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION; ORDER |
| TURK WALTER BLACK, | ) | |
| Defendant. | ) | |

Defendant Turk Walter Black, through Anthony J. Feldstein, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for March 23, 2009, be vacated.  The parties further request and stipulate that a status conference be placed on the court's April 20, 2009, calendar.

After lengthy negotiations, the parties have reached a disposition in this case.  All details have been resolved.  But, the prosecutor has not yet reduced the plea agreement into writing.  The parties are therefore requesting that this case be calendared for April 20, 2009, for a change of plea hearing.  This will allow adequate time to write the plea agreement, and if

1

necessary, discuss and revise it.

    Accordingly, both parties request that the status conference in this case be continued one final time to April 20, 2009, for a change of plea hearing. Both parties agree that time should be excluded through April 20, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: March 20, 2009         McGREGOR W. SCOTT
                                     United States Attorney

                                     By: /s/ Kenneth J. Melikian
                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney

DATED: March 20, 2009         /s/ Kenneth J. Melikian
                                   ANTHONY J. FELDSTEIN
                                   Attorney for Defendant
                                   (Signed by Kenneth J. Melikian
                                   per authorization by Anthony
                                   J. Feldstein)

    IT IS SO ORDERED.

DATED:  March 20, 2009

                         _____
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE