```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-00224-WBS |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| TURK WALTER BLACK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____) | | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Turk Walter Black, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Turk Walter Black's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a. 2001 Harley Davidson motorcycle, VIN:1HD1FMW131Y632678, California license number 16F6902.

2. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1), and/or constitutes or is derived from proceeds the defendant obtained directly or indirectly as a result of the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property. The aforementioned forfeited property shall be seized and held by the U.S. Marshals Service and/or the Drug Enforcement Administration, in its secure custody and control.

4. The defendant has agreed to turn over custody of the above-listed 2001 Harley Davidson motorcycle to the Drug Enforcement Administration or to the U.S. Marshals Service within 20 days from signing the Stipulation and Application for Preliminary Order of Forfeiture filed herein.

5. a. Pursuant 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days

from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

SO ORDERED this <u>28th</u> day of May, 2009.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE