BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725


           IN THE  UNITED  STATES  DISTRICT  COURT

       FOR THE  EASTERN  DISTRICT  OF  CALIFORNIA


UNITED STATES OF AMERICA,      )   CR. No. S-04-224 WBS
                               )
               Plaintiff,      )
                               )   MOTION TO DISMISS INDICTMENT
                               )   (IN LIGHT OF GUILTY PLEA)
          v.                   )   AND ~~PROPOSED~~ ORDER
                               )
TURK WALTER BLACK,             )
                               )
               Defendant.      )
_____)


        Pursuant to Rule 48 of the Federal Rules of Criminal

Procedure, the United States of America moves this Honorable

Court for an order dismissing the indictment filed on June 10,

2004. This motion is made because the defendant pleaded guilty to

the superseding indictment and has been sentenced.

DATE: March 22, 2010              BENJAMIN B. WAGNER
                                  United States Attorney

                            By: /s/ Daniel S. McConkie
                                  DANIEL S. McCONKIE
                                  Assistant U.S. Attorney

1

1

2

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

3

4

DATED:  March 22, 2010

5

6

WILLIAM B. SHUBB

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28